UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                  Case No: 8:13-BK-12052 MGW
WALL, GEORGE D                                                              Chapter 7
WALL, VIKKI THOMAS

         Debtor(s).
_____/

# REPORT AND NOTICE OF
# INTENTION TO SELL PROPERTY OF THE ESTATE

### Important Notice and Opportunity to Object

**Pursuant to Local Rule 2002-4, the Court will consider this pleading without further notice or hearing unless a party in interest files an objection within 30 days from the date set forth on the proof of service attached to this paper. If you object to the relief requested herein, you must file your objection with the Clerk of the Court at 801 N. Florida Ave., Suite 555, Tampa, FL 33602-3899, and serve a copy on the Trustee, RICHARD M. DAUVAL, at PO Box 13607, St. Petersburg, FL 33733.**

**If you file and serve a timely objection, the Court may schedule and notify you of a hearing, or the Court may consider the objection and may grant or deny the relief requested without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

**TO:**    Creditors, Debtors and Parties in Interest

       RICHARD M. DAUVAL, the Trustee duly appointed and acting for the above-captioned estate reports that he intends to sell, 21 days from the date of mailing by the Bankruptcy Court, the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

1. Excess equity in the following assets listed on the Debtor(s) Schedule B.

| Asset # | Asset Description | Sale Price |
|---|---|---|
| 22 | 2006 Chevrolet Tahoe C 1500 | $2,477.27 |

2. Manner of Sale:  Private

3. Terms of Sale:

    A. To:  Debtor(s) WALL, GEORGE D, WALL, VIKKI THOMAS

    B. Sale Price:  Total is $ 2,477.27.

    C. All right, title, and interest of bankruptcy estate, if any.

    D. Subject to all liens and encumbrances, if any.  No warranties of no liens.  No warranties of any kind.  Subject to Debtor(s) allowed claim of exemption, if any.

The Trustee will entertain any higher bids for the purchase of the assets of the Debtor(s) which the Trustee proposes to sell.  Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price.  Any higher bid must be received by the Trustee at the address listed below no later than the close of business 21 days from the date of mailing by the Bankruptcy Court as indicated below.  If more than one bid has been received, an auction will occur among said bidder(s) after 21 days.

**NOTICE IS HEREBY GIVEN that all objections to the sale described above shall be in writing and shall be filed with the Clerk, United States Bankruptcy Court, Sam M. Gibbons Courthouse, 801 N. Florida, Ave, #555, Tampa, FL 33602-3899 and U. S. Trustee, 501 E. Polk St., Suite 1200, Tampa, FL 33602, and a copy of the same shall be served on the Chapter 7 Trustee at the address below within 21 days from the date of mailing.  The objections to the sale shall state the reasons for the objection and shall include a request for a hearing on the objection.  If no objection is filed, the property described above will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.**

Dated:  November 26, 2013

<u>/s/ Richard M. Dauval</u>
Richard M. Dauval, Trustee
P.O. Box 13607
St. Petersburg, FL 33733
(727) 327-3328 x303

Leavengood Dauval & Boyle
Richard M. Dauval
3900 First Street North Suite 100
St. Petersburg, FL  33703

| | | |
|---|---|---|
| DATE RECEIVED: Nov 26 2013 | TIME RECEIVED: 11:19AM | TOTAL SERVED: 52 |

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

IN RE:  George D Wall
        Vikki Thomas Wall

CASE NO: 8:13-bk-12052
**CERTIFICATE OF SERVICE**
Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

---

On 11/26/2013, a copy of the following documents, described below,

Report And Notice Of Intention To Sell Property Of The Estate,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/26/2013

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Leavengood Dauval & Boyle
Richard M. Dauval
3900 First Street North Suite 100
St. Petersburg, FL  33703

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113A-8<br>CASE 8-13-BK-12052-MGW<br>MIDDLE DISTRICT OF FLORIDA<br>TAMPA<br>TUE NOV 26 14-39-25 EST 2013 | CHRISTIANA TRUST A DIVISION OF<br>STOREY LAW GROUP P.A.<br>3191 MAGUIRE BLVD.<br>SUITE 257<br>ORLANDO FL 32803-3723 | RICHARD M DAUVAL<br>LEAVENGOOD NASH DAUVAL & BOYLE<br>3900 FIRST STREET NORTH SUITE 100<br>ST. PETERSBURG FL 33703-6109 |
| SUNTRUST MORTGAGE INC.<br>LAW OFFICES OF DANIEL C CONSUEGRA<br>9204 KING PALM DR<br>TAMPA FL 33619-1328 | GEORGE D WALL<br>19701 BEXLEY ROAD<br>LAND O LAKES FL 34638-3024 | VIKKI THOMAS WALL<br>19701 BEXLEY ROAD<br>LAND O LAKES FL 34638-3024 |
| ~~MICHAEL G. WILLIAMSON~~<br>~~TAMPA~~ | ARS NATIONAL SERVICES<br>PO BVOX 463023<br>ESCONDIDO CA 92046-3023 | ADVANTA BANK<br>PO BOX 9217<br>OLD BETHPAGE NY 11804-9017 |
| AMERICAN EXPRESS<br>PO BOX 360002<br>FORT LAUDERDALE FL 33336-0002 | ANDREU PALMER & ANDREA<br>701 SW 27TH AVENUE<br>SUITE 900<br>MIAMI FL 33135-3000 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| BANK OF AMERICA BUSINESS<br>PO BOX 15184<br>WILMINGTON DE 19850-5184 | BANK OF AMERICAFIA CARD SER<br>CO CAVALRY PORTFOLIO SERV<br>PO BOX 27288<br>TEMPE AZ 85285-7288 | CACH LLC<br>4340 S MONACO STREET<br>DENVER CO 80237-3408 |
| CALVARY PORTFOLIO<br>PO BOX 1017<br>HAWTHORNE NY 10532-7504 | CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 | CARRINGTON<br>1610 E. SAINT ANDREW PLACE<br>SUITE B-150<br>SANTA ANA CA 92705-4931 |
| CHASE BANK USA<br>LEGAL DEPARTMENT<br>PO BOX 9622<br>DEERFIELD BEACH FL 33442-9622 | CHASE BANKBP<br>PO BOX 15299<br>WILMINGTON DE 19850-5299 | CITIBANK NA<br>PO BOX 182564<br>COLUMBUS OH 43218-2564 |
| CREDITONE LLC<br>PO BOX 605<br>METAIRIE LA 70004-0605 | DANIEL C. CONSUEGRA P.L.<br>9204 KING PALM DRIVE<br>TAMPA FL 33619-8331 | EXPO CREDIT SERVICES<br>PO BOX 689100<br>DES MOINES IA 50368 |
| FLORIDA MEDICAL CLINIC PA<br>38135 MARKET SQUARE<br>ZEPHYRHILLS FL 33542-7539 | GE MONEY<br>PO BOX 960061<br>ORLANDO FL 32896-0061 | GE MONEYMOHAWK<br>PO BOX 960061<br>ORLANDO FL 32896-0061 |

| | | |
|---|---|---|
| GREENFELDER MANDER MURPHY<br>DWYER & MORRIS<br>14217 THIRD STREET<br>DADE CITY FL 33523-3828 | HOME DEPOT<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | JEANNE H. THOMAS<br>20926 JAFFA LANE<br>LAND O LAKES FL 34637-7451 |
| JEFFREY THOMAS<br>TODD M. WALL<br>PO BOX 933<br>LAND O LAKES FL 34639-0933 | LTD FINANCIAL<br>7322 SOUTHWEST FREEWAY<br>SUITE 1600<br>HOUSTON TX 77074-2134 | LAW OFFICE HAROLD E. SCHERR<br>1064 GREENWOOD BLVD #328<br>LAKE MARY FL 32746-5419 |
| LOWE'S<br>PO BOX 981064<br>EL PASO TX 79998-1064 | LOWES<br>PO BOX 26314<br>LEHIGH VALLEY PA 18002-6314 | MACY'S<br>7322 SOUTHWEST FREEWAY<br>SUITE 1600<br>HOUSTON TX 77074-2134 |
| MICHAEL J. LANDIS<br>19502 COACHLIGHT WAY<br>LUTZ FL 33549-4035 | MICHAEL J. VANDERZEE ESQ.<br>201 E KENNEDY BLVD #775<br>TAMPA FL 33602-5882 | NATIONWIDE CREDIT<br>PO BOX 26314<br>LEHIGH VALLEY PA 18002-6314 |
| NORTHLAND GROUP INC.<br>PO BOX 390905<br>MINNEAPOLIS MN 55439-0905 | PORTFOLIO RECOVERY ASSOCS<br>PO BOX 12914<br>NORFOLK VA 23541-0914 | QUAIL RIDGE MASTER ASSOC.<br>2181 INDIAN ROCKS RD<br>STE 1<br>LARGO FL 33774-1098 |
| SAM'S CLUB<br>PO BOX 530942<br>ATLANTA GA 30353-0942 | SCOTT WALL<br>20916 MORGAN RD<br>LAND O LAKES FL 34638-4378 | SUNTRUST<br>PO BOX 26149<br>RICHMOND VA 23260-6149 |
| SUNTRUST CONSUMER LOAN<br>PO BOX 791144<br>BALTIMORE MD 21279-1144 | SUNTRUST<br>PO BOX 305053<br>NASHVILLE TN 37230-5053 | SUNTRUST<br>PO BOX 79041<br>BALTIMORE MD 21279-0041 |
| SUNTRUST<br>PO BOX 791274<br>BALTIMORE MD 21279-1274 | SUNTRUST EQUITY<br>PO BOX 791274<br>BALTIMORE MD 21279-1274 | TOWER OPENSCAN MRI<br>PO BOX 31638<br>TAMPA FL 33631-3638 |
| WELLS FARGO<br>PO BOX 1017<br>HAWTHORNE NY 10532-7504 | WILLIAM H. KLEIN<br>3810 LITTLE ROAD<br>LUTZ FL 33548-4702 | ZWICKER AND ASSOCIATES P.C.<br>80 MINUTEMAN RD<br>ANDOVER MA 01810-1008 |

ALBERTO F GOMEZ JR.+
JOHNSON POPE BOKOR RUPPEL & BURNS LLP
403 EAST MADISON STREET SUITE 400
TAMPA FL 33602-4614

UNITED STATES TRUSTEE - TPA7/13 +
TIMBERLAKE ANNEX SUITE 1200
501 E POLK STREET
TAMPA FL 33602-3949

RICHARD M DAUVAL +
LEAVENGOOD NASH DAUVAL & BOYLE PA
3900 FIRST STREET NORTH SUITE 100
ST. PETERSBURG FL 33703-6109

RICHARD M DAUVAL ATTORNEY FOR TRUSTEE
LEAVENGOOD NASH DAUVAL & BOYLE PA
3900 FIRST STREET NORTH SUITE 100
ST. PETERSBURG FL 33703-6109

RICHARD M DAUVAL +
P.O. BOX 13607
ST. PETERSBURG FL 33733-3607

SUZANNE DELANEY +
STOREY LAW GROUP PA
3191 MAGUIRE BLVD SUITE 257
ORLANDO FL 32803-3723

DESSA WILLSON +
DANIEL C. CONSUEGRA P.L.
9204 KING PALM DRIVE
TAMPA FL 33619-1328

NOTE: ENTRIES WITH A "+" AT THE END OF NAME HAVE AN EMAIL ADDRESS ON FILE IN